**DRUMMOND LAW FIRM**
Craig W. Drummond, Esq.
Nevada Bar No. 011109
810 S. Casino Center Blvd., Suite 101
Las Vegas, NV 89101
T: (702) 366-9966
F: (702) 508-9440
craig@drummondfirm.com
*Attorney for Defendant Aazam*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 2:17-cr-277-APG-VCF |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION TO** |
| ) | **CONTINUE SENTENCING** |
| DAVID AAZAM, ) | **(First Request)** |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between CRAIG W. DRUMMOND, ESQ., attorney for Defendant DAVID AAZAM and DANIEL R. SCHIESS, Assistant United States Attorney, counsel for the United States of America, that the sentencing scheduled for November 29, 2018 at 9:00a.m. be vacated and set to a date and time convenient to this Court for a change of plea hearing between January 7-18, 2019.

This Stipulation is entered into for the following reasons:

1.      Defense counsel is requesting a continuance to continue to meet with the Defendant and adequately prepare for sentencing.

2.      Defense counsel has requested additional time for the Defendant to be interviewed by the United States Probation Office for the presentence investigation report based on weather issues where the Defendant, resides to include impacts on his business, friends, and family because of Hurricane Michael.

Page 1

DRUMMOND LAW FIRM
810 S, Casino Center Blvd., Suite 101
Las Vegas, NV 89101
www.DrummondFirm.com

3. That the Defendant resides outside of Nevada and time is needed to coordinate his travel and appearance.

4. That the Defendant is not in custody and does not object to this continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. This is the parties' first stipulation to continue sentencing in this matter.

7. The parties jointly that the Honorable Court set a date and time convenient to this Court for a sentencing hearing in approximately forty-five (45 days in the time-frame of January 7-18, 2019.

DATED this 16th day of October, 2018.

By: //s//  
CRAIG W. DUMMOND, ESQ.  
Attorney for Defendant David Aazam

By: //s//  
DANIEL R. SCHIESS  
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID AAZAM,

    Defendant.

Case No.: 2:17-CR-277-APG-VCF

**ORDER TO**
**CONTINUE SENTENCING HEARING**
**(First Request)**

## FINDINGS OF FACT

Based on the pending Stipulation of counsel and good cause appearing therefore, the Court finds that:

1. Defense counsel is requesting a continuance to continue to meet with the Defendant and adequately prepare for sentencing.

2. Defense counsel has requested additional time for the Defendant to be interviewed by the United States Probation Office for the presentence investigation report based on weather issues where the Defendant resides, to include impacts on his business, friends, and family because of Hurricane Michael.

3. That the Defendant resides outside of Nevada and time is needed to coordinate his travel and appearance.

4. That the Defendant is not in custody and does not object to this continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. This is the parties' first stipulation to continue sentencing in this matter.

7. The parties jointly that the Honorable Court set a date and time convenient to this Court for a sentencing hearing in approximately forty-five (45 days in the time-frame of January 7-18, 2019.

DRUMMOND LAW FIRM
810 S, Casino Center Blvd., Suite 101
Las Vegas, NV 89101
www.DrummondFirm.com

**ORDER**

IT IS THEREFORE ORDERED, that the sentencing hearing currently set for November 29, 2018 at 9:00a.m is vacated. That a hearing on the Defendant's sentencing is set for the __15th__ of __January__, 2019 at the hour of __2:30 p.m. in LV__ Courtroom 6C.

DATED this __17th__ day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of October, 2018, the undersigned served the foregoing STIPULATION & ORDER TO CONTINUE TRIAL on all counsel herein by causing a true copy to be served via the CM/ECF system, which was served via electronic transmission.

//Signed//

_____

An Employee of DRUMMOND LAW FIRM