___FILED   ___RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 15 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-277-APG-VCF |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| DAVID AAZAM, | |
| Defendant. | |

This Court found that David Aazam shall pay the in personam criminal forfeiture money judgment of $297,816 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p). Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 23; Change of Plea, ECF No. 22; Preliminary Order of Forfeiture, ECF No. 24.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $297,816 complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from David Aazam the in personam criminal forfeiture money judgment of $297,816, not to be held jointly and severally liable with his codefendant and the collected money judgment amount between the codefendants is not to exceed $1,200,000 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED January 15, 2019.

_____
UNITED STATES DISTRICT JUDGE